JS-6

**JML LAW**
A Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800

# UNITED STATES DISTRICT COURT

# FOR THE COUNTY OF CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE BOLDEN, an individual;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BEST BUY CO., INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MN BEST BUY CO., INC., a Minnesota corporation; RAFAEL BARRAGAN, an individual, ROBERT MCGANN, an individual; and DOES 1 through 50, inclusive;<br><br>　　　　Defendants. | Case No. 13-cv-4349 DMG (AGRx)<br><br>**ORDER RE DISMISSAL OF ACTION[22]** |

  Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff Daphne Bolden and Defendants Best Buy Stores, L.P and Best Buy Co., Inc.,

1

**ORDER RE DISMISSAL OF ACTION**

1      IT IS HEREBY ORDERED that the above-entitled action is dismissed with
2 prejudice in its entirety.  Each party is to bear its own fees and costs.

4 DATED:   April 3, 2014                     _____
                                                     DOLLY M. GEE
5                                         United States District Judge

**JML LAW**
A Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800

2
**ORDER RE DISMISSAL OF ACTION**